KAREN P. HEWITT
United States Attorney
DAVID M. McNEES
Special Assistant U.S. Attorney
California State Bar No. 216612
Federal Office Building
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone: (619) 557-5979
E-mail: david.mcnees@usdoj.gov

Attorneys for Plaintiff
United States of America

FILED
2008 JAN -7 AM 11:44
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY_____KNK_____DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Civil No. 08 CV 0036 WQH CAB |
| Plaintiff, | COMPLAINT FOR FORFEITURE |
| v. | |
| ONE 2003 MERCEDES BENZ S500, CA LICENSE NO. 5YJP196, VIN WDBNG75J53A329169, ITS TOOLS AND APPURTENANCES, | |
| $10,661.00 IN U.S. CURRENCY, | |
| Defendants. | |

By way of complaint against the defendants,

ONE 2003 MERCEDES BENZ S500, CA LICENSE NO. 5YJP196, VIN WDBNG75J53A329169, ITS TOOLS AND APPURTENANCES,

and $10,661.00 IN U.S. CURRENCY,

(hereinafter "defendants"), the United States of America alleges:

1. This Court has jurisdiction over this action by virtue of the provisions of Title 28, United States Code, Section 1355, and Title 21, United States Code, Section 881.

2. Venue is proper in this district pursuant to Title 28, United States Code, Section 1395, because the defendants were found within this district.

3. In March 2007 Drug Enforcement Agency agents began an investigation of Anthony Darwin ("Darwin") relating to cocaine trafficking. In May 2007, agents initiated a Title III wire

2007V00588:DMM:mia

1  intercept of telephones used by members of the organization. During the monitoring of the wire, agents
2  intercepted many calls involving Darwin setting up and speaking of narcotic transactions. Surveillance
3  of Darwin following some of these transactions confirmed the conversations on the telephone and
4  allowed agents to observe narcotic sales-related activity. Many of these transactions were accomplished
5  while Darwin was driving the defendant 2003 silver Mercedes Benz S500. In particular, agents are
6  aware that the defendant vehicle was used to transport $155,000 to Riverside for a deal involving
7  10 kilograms of cocaine. Agents were also aware that the defendant vehicle was driven to 1315 East
8  Grand in Escondido to pick up currency involved in narcotic sales. Darwin was driving the defendant
9  vehicle during these transactions.
10         On August 2, 2007, Darwin was arrested for narcotic sales charges. While Darwin was in
11 custody, agents intercepted a call he made to his girlfriend, Tamara Carter ("Carter"). Darwin told
12 Carter to take the remainder of the money out of the safe and move it to a safe place. Agents also
13 intercepted a call in which Darwin told his brother, Conway Ramon Darwin ("Ramon"), to try to get
14 the car back to help pay his attorney's fees. Ramon was identified on the phone wires as being
15 involved in narcotic transactions.
16         On August 3, 2007, agents served a search warrant at Darwin's residence on Benetta Court in
17 Wildomar, California. While waiting to execute the warrant, agents observed Carter arrive at the
18 location. Agents contacted Carter and she agreed to speak with the agents inside of the residence.
19 Agents asked Carter for identification and were told it was in her purse. Agents later looked in her purse
20 and located a large amount of U.S. currency. The currency was later determined to be $10,661, the
21 defendant currency. Most of the currency was wrapped in rubber bands. Carter claimed there was
22 approximately $7,000 in currency, and that she had received the money from her father to bail Darwin
23 out. Agents later contacted Mr. Carter who claimed he had recently given his daughter approximately
24 $4,000. Mr. Carter could not remember how the money was wrapped, and changed his story about what
25 denominations the currency was in. Agents later located an empty safe in the residence. Agents also
26 later located over $50,000 in U.S. currency at Carter's mother's house. Carter and her mother later
27 admitted that Carter had taken the large amount of currency to her mother's home at 1315 East Grand
28 in Escondido after emptying the safe in her residence.

<u>Count 1</u>

ONE 2003 MERCEDES BENZ S500

4. Paragraphs 1-3 are incorporated as a part hereof.

5. On and/or prior to August 2, 2007, the Count 1 defendant vehicle was a thing of value furnished or intended to be furnished in exchange for a controlled substance or listed chemical in violation of Title 21 of the United States Code, Section 881.

6. Alternatively, on and/or prior to August 2, 2007 the Count 1 defendant vehicle represented the proceeds of or proceeds traceable to an exchange for a controlled substance or listed chemical in violation of Title 21 of the United States Code, Section 881.

7. Alternatively, on and/or prior to August 2, 2007, the defendant vehicle was used and was intended to be used to transport and/or to facilitate the transportation, and/or sale, and/or receipt, and/or possession, and/or concealment of a controlled substance in violation of Title 21 of the United States Code, Section 881(a)(4).

8. Because of the aforementioned acts or uses alleged herein, either singly or in combination, the Count 1 defendant vehicle is subject to forfeiture pursuant to Title 21, United States Code, Section 881(a)(6) and (a)(4).

9. The Count 1 defendant vehicle is presently stored within the jurisdiction of this Court.

10. The value of the defendant vehicle is approximately $31,550.00.

<u>Count 2</u>

$10,661.00 IN U.S. CURRENCY

11. Paragraphs 1-3 are incorporated as a part hereof.

12. On and/or prior to August 3, 2007, the Count 2 defendant currency was a thing of value furnished or intended to be furnished in exchange for a controlled substance or listed chemical in violation of Title 21 of the United States Code, Section 881.

13. Alternatively, on and/or prior to August 3, 2007 the Count 2 defendant currency represented the proceeds of or proceeds traceable to an exchange for a controlled substance or listed chemical in violation of Title 21 of the United States Code, Section 881.

//

14. Because of the aforementioned acts or uses alleged herein, either singly or in combination, the Count 2 defendant currency is subject to forfeiture pursuant to Title 21, United States Code, Section 881(a)(6).

15. The Count 2 defendant currency is presently stored within the jurisdiction of this Court.

WHEREFORE, the United States prays that due process issue to enforce the forfeiture of the defendants, and that due notice be given to all interested parties to appear and show cause why said forfeiture should not be declared.

DATED: January 7, 2008

KAREN P. HEWITT
United States Attorney

DAVID M. McNEES
Special Assistant U.S. Attorney

4

## VERIFICATION

I, Bryan Smith, hereby state and declare as follows:

1. I am a Special Agent with the United States Drug Enforcement Administration
2. I have read the foregoing complaint and know its contents.
3. The information in the complaint was furnished by official Government sources. Based on this information, I believe the allegations in the complaint to be true.

I declare under penalty of perjury that the foregoing is true and correct, to the best of my knowledge and belief.

Executed on 01-04-08.

BRYAN SMITH, Special Agent
Drug Enforcement Administration

JS44
(Rev. 07/89)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE SECOND PAGE OF THIS FORM.)

**FILED**
2008 JAN -7 AM 11:44
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY_____ KWA DEPUTY

**I (a) PLAINTIFFS**

UNITED STATES OF AMERICA

**DEFENDANTS**

ONE 2003 MERCEDES BENZ S500, et al.

**(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF** San Diego
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT _____
(IN U.S. PLAINTIFF CASES ONLY)

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

**(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)**

SAUSA DAVID M. McNEES
880 FRONT STREET, ROOM 6293
SAN DIEGO, CA 92101-8893
(619) 557-5979

**ATTORNEYS (IF KNOWN)**

AARON L. TURNER, ESQ.
357 WEST 2ND STREET, SUITE 11
SAN BERNARDINO CA 92401
(909) 383-8480

**'08 CV 0036 WQH CAB**

**II. BASIS OF JURISDICTION** (PLACE AN x IN ONE BOX ONLY)

- [X] 1 U.S. Government Plaintiff
- [ ] 2 U.S. Government
- [ ] 3 Federal Question (U.S. Government Not a Party)
- [ ] 4 Diversity (Indicate Citizenship of Parties in Item III

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (PLACE AN X IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT)
(For Diversity Cases Only)

| | PT | DEF | | PT | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐1 | ☐1 | Incorporated or Principal Place of Business in This | ☐4 | ☐4 |
| Citizen of Another State | ☐2 | ☐2 | Incorporated and Principal Place of Business in Another | ☐5 | ☐5 |
| Citizen or Subject of a Foreign Country | ☐3 | ☐3 | Foreign Nation | ☐6 | ☐6 |

**IV. CAUSE OF ACTION** (CITE THE US CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY).

TITLE 21, UNITED STATES CODE, SECTION 881(a)(6) and (a)(4)

**V. NATURE OF SUIT** (PLACE AN X IN ONE BOX ONLY)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | PERSONAL INJURY | PERSONAL INJURY | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reappointment |
| ☐ Marine | ☐ 310 Airplane | ☐ 362 Personal Injury- Medical Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC | ☐ 410 Antitrust |
| ☐ Miller Act | ☐ 315 Airplane Product | | [X] 625 Drug Related of Property 21 USC881 | PROPERTY RIGHTS | ☐ 430 Banks and Banking |
| ☐ Negotiable Instrument | ☐ 320 Assault, Libel & | ☐ 365 Personal Injury - Product Liability | ☐ 630 Liquor Laws | ☐ 820 Copyrights | ☐ 450 Commerce/ICC |
| ☐ 150 Recovery of &Enforcement of Judgment | ☐ 330 Federal Employers' Liability | ☐ 368 Asbestos Personal Product Liability | ☐ 640 RR & Truck | ☐ 830 Patent | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | | ☐ 650 Airline Regs | ☐ 840 Trademark | ☐ 470 Racketeer Influenced Corrupt Organizations |
| ☐ 152 Recovery of Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | PERSONAL PROPERTY | ☐ 660 Occupational | SOCIAL SECURITY | ☐ 810 Selective Service |
| ☐ 153Recovery of of Veterans Benefits | ☐ 350 Motor Vehicle | ☐ 370 Other Fraud | ☐ 690 Other | ☐ 861 HIA (13958) | ☐ 850 Exchange |
| ☐ 160 Stockholders Suits | ☐ 355 Motor Vehicle Liability | ☐ 371 Truth in Lending | LABOR | ☐ 862 Black Lung (923) | |
| ☐ Other Contract | ☐ 360 Other Personal | ☐ 380 Other Personal Property Damage | ☐ 710Fair Labor Standards | ☐ 863 DIWC/DIWW (405(g)) | ☐ 875 Customer Challenge |
| ☐ 195 Contract Product | | ☐ 385 Property Damage Product Liability | ☐ 720 Labor/Mgmt. Relations | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| REAL PROPERTY | CIVIL RIGHTS | PRISONER PETITIONS | ☐ 730 Labor/Mgmt. Disclosure Act | ☐ 865 RSI (405(g)) | ☐ 892 Economic |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Habeas Corpus | ☐ 740 Railway Labor Act | FEDERAL TAX SUITS | ☐ 893 Environmental |
| ☐ 220 Foreclosure | ☐ 442 Employment | ☐ 530 General | ☐ 790 Other Labor | ☐ 870 Taxes (U.S. or Defendant) | ☐ 894 Energy Allocation |
| ☐ 230 Rent Lease & | ☐ 443 | ☐ 535 Death Penalty | ☐ 791 Empl. Ret. Inc. Security Act | ☐ 871 IRS - Third Party 26 USC 7609 | ☐ 895 Freedom of |
| ☐ 240 Tort to Land | ☐ 444 Welfare | ☐ 540 Mandamus & Other | | | ☐ 900 Appeal of Fee Under Equal Access to |
| ☐ 245 Tort Product | ☐ 440 Other Civil Rights | ☐ 550 Civil Rights | | | ☐ 950 Constitutionality of |
| ☐ 290 All Other Real | | ☐ 555 Prisoner Conditions | | | ☐ 890 Other Statutory |

**VI. ORIGIN** (PLACE AN X IN ONE BOX ONLY)

- [X] 1 Original Proceeding
- [ ] 2 Removal from State Court
- [ ] 3 Remanded from Appelate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from another district (specify)
- [ ] 6 Multidistrict Litigation
- [ ] 7 Appeal to District Judge from Magistrate Judgment

**VII. REQUESTED IN COMPLAINT:** ☐ CHECK IF THIS IS A CLASS ACTION UNDER f.r.c.p. 23

DEMAND $

Check YES only if demanded in complaint:
JURY DEMAND: ☐ YES [X] NO

**VIII. RELATED CASE(S) IF ANY** (See JUDGE                         Docket Number

DATE 1/7/08

SIGNATURE OF ATTORNEY OF RECORD
DAVID M. McNEES, SAUSA