FILED
08 JAN -9 PM 4:18
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: ____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Civil No. '08 CV 0036 WQH CAB |
| Plaintiff, ) | |
| ) | ORDER APPOINTING UNITED STATES MARSHAL AS CUSTODIAN AND DEPOSITING THE DEFENDANT CURRENCY INTO THE SEIZED ASSETS DEPOSIT ACCOUNT |
| v. ) | |
| ONE 2003 MERCEDES BENZ S500, ) CA LICENSE NO. 5YJP196, ) VIN WDBNG75J53A329169, ITS ) TOOLS AND APPURTENANCES, ) | |
| $10,661.00 IN U.S. CURRENCY, ) | |
| Defendants. ) | |

Upon a motion by plaintiff, United States of America, and it appearing that the United States Marshal has consented to assume responsibility for the custody and maintenance of the defendant properties during the time they remain in the custody of this Court under its process herein,

IT IS HEREBY ORDERED that upon the arrest of the defendant properties, the United States Marshal shall be custodian of the defendant properties on behalf of this Court until further order, and

IT IS FURTHER ORDERED that the United States Marshal shall deposit the defendant currency in the Seized Assets Deposit Account, which shall be substituted as the res in this action.

DATED: 1/9/08

_____
UNITED STATES DISTRICT JUDGE