PLEASE RECEIPT AND RETURN

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>ONE 2003 MERCEDES BENZ S500,<br>CA LICENSE NO. 5YJP196,<br>VIN WDBNG75J53A329169, ITS<br>TOOLS AND APPURTENANCES,<br><br>$10,661.00 IN U.S. CURRENCY,<br><br>    Defendants. | Civil No. '08 CV 0036 WQH CAB<br><br>WARRANT FOR ARREST<br>IN ACTION IN REM |

TO:  UNITED STATES MARSHAL
     SOUTHERN DISTRICT OF CALIFORNIA

YOU ARE HEREBY COMMANDED to attach the defendants,

    ONE 2003 MERCEDES BENZ S500 , CA LICENSE NO. 5YJP196,
    VIN WDBNG75J53A329169, ITS TOOLS AND APPURTENANCES,

    and $10,661.00 IN U.S. CURRENCY,

in the above-entitled action, and to detain the same in your custody until further order of the Court, and to give due notice to all persons claiming the same or having anything to say why the same should not be condemned and forfeited to the United States pursuant to the prayer of the Complaint on file herein, that they must file their claims with the Clerk of this Court within 30 days after execution of this process, or within such additional time as may be allowed by the Court, and must serve their answers within 20 days after the filing of their claims.

    YOU ARE FURTHER COMMANDED to file this process in this Court with your return thereon promptly after execution thereof.

    DATED: JAN 1 0 2008

                                                                  W. SAMUEL HAMRICK, JR., Clerk

                                                                  By_____
                                                                        M. Cruz

    (SEAL)

RECEIVED 2008 JAN 10 A 4: 14 U.S. MARSHAL SOUTHERN DISTRICT OF CALIFORNIA