# U.S. Department of Justice
## United States Marshals Service

# PROCESS RECEIPT AND RETURN

| PLAINTIFF<br>UNITED STATES OF AMERICA | COURT CASE NUMBER<br>08cv0036WQH(CAB) |
|---|---|
| DEFENDANT<br>ONE 2003 MERCEDES BENZ S500, etc. and $0860 IN U.S. CURRENCY | TYPE OF PROCESS<br>ARREST AND PUBLICATION |

FILED
08 JAN 18 AM 8:54
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: ___ DEPUTY

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
DRUG ENFORCEMENT ADMINISTRATION

ADDRESS (Street or RFD, Apartment No., City, State, and ZIP Code)
4560 VIEWRIDGE AVENUE, SAN DIEGO, CALIFORNIA 92123-1637

SEND NOTICE OF SERVICE TO REQUESTER AT NAME AND ADDRESS BELOW:

DAVID M. McNEES, Special Ass't United States Attorney
Office of the United States Attorney
880 Front Street, Room 6293
San Diego, CA 92101-8893

| Number of process to be served with this Form - 285 | 1 |
|---|---|
| Number of parties to be served in this case | 1 |
| Check for service on U.S.A. | |

RECEIVED
2008 JAN 14 PM 1:07
U.S. MARSHAL
SOUTHERN DISTRICT OF CALIFORNIA

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Address, All Telephone Numbers, and Estimated Times Available For Service)

DEA Case No. RV-07-0011; CATS IDs 07-DEA-488015 and 487694

Attached are copies of the Complaint for Forfeiture, an ad order and Notice of Forfeiture Action. Please seize the defendants and advise of date of seizure, dates notice is published, and furnish a copy of the warrant for arrest. Note that the U.S. Marshal has been appointed as custodian.

Note: Please add the following sentence to all newspaper publications from now on:

Please check www.forfeiture.gov for a listing of all judicial forfeiture notices, as newspaper publication of judicial forfeiture notices will be discontinued.

| Signature of Attorney or other Originator requesting service on behalf of :<br>David M. McNees/mi    DAVID M. McNEES [SAUSA]    ☒ PLAINTIFF  ☐ DEFENDANT | TELEPHONE NUMBER<br>(619) 557-7366 | DATE<br>1/9/08 |
|---|---|---|

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process<br>No. 1 | District of Origin<br>No. 98 | District to Serve<br>No. 98 | Signature of Authorized USMS Deputy or Clerk<br>Janett Sauvegian | Date<br>1/14/08 |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc. at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below).

| Name and title of individual served (If not shown above).<br>MICHAEL TOURNEY | ☐ A person of suitable age and discretion then residing in the defendant's usual place of abode. |
|---|---|
| Address (complete only if different than shown above) | Date of Service: 1/15/08    Time: 2:02 pm<br>Signature of U.S. Marshal or Deputy |

| Service Fee<br>$45.00 | Total Mileage Charges (including endeavors)<br>9.38 | Forwarding Fee | Total Charges<br>$54.38 | Advance Deposits | Amount Owed to US Marshal or Amount or Refund |
|---|---|---|---|---|---|

REMARKS:

Publish 1/25, 2/1 and 2/8, 2008

| PRIOR EDITIONS MAY BE USED | SEND ORIGINAL + 2 COPIES to USMS. | FORM USM 285 (Rev. 12/15/80) |
|---|---|---|

**1. CLERK OF COURT  2. USMS Record  3. Notice of Service  4. Billing Statement  5. Acknowledgment of Receipt**

RECEIVED
2008 JAN 10 A 4:14
U.S. MARSHAL
SOUTHERN DISTRICT OF
CALIFORNIA

FILED
08 JAN -9 PM 4:18
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Civil No. '08 CV 0036 WQH CAB |
| Plaintiff, ) | |
| v. ) | ORDER APPOINTING UNITED STATES MARSHAL AS CUSTODIAN AND DEPOSITING THE DEFENDANT CURRENCY INTO THE SEIZED ASSETS DEPOSIT ACCOUNT |
| ONE 2003 MERCEDES BENZ S500, ) CA LICENSE NO. 5YJP196, ) VIN WDBNG75J53A329169, ITS ) TOOLS AND APPURTENANCES, ) | |
| $10,661.00 IN U.S. CURRENCY, ) | |
| Defendants. ) | |

Upon a motion by plaintiff, United States of America, and it appearing that the United States Marshal has consented to assume responsibility for the custody and maintenance of the defendant properties during the time they remain in the custody of this Court under its process herein,

IT IS HEREBY ORDERED that upon the arrest of the defendant properties, the United States Marshal shall be custodian of the defendant properties on behalf of this Court until further order, and

IT IS FURTHER ORDERED that the United States Marshal shall deposit the defendant currency in the Seized Assets Deposit Account, which shall be substituted as the res in this action.

DATED: 1/9/08

_____
UNITED STATES DISTRICT JUDGE 1/10/08

I hereby attest and certify on _____
That the foregoing document is a full, true and correct
copy of the original on file in my office and in my legal
custody.

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ Deputy
     M. Cruz