1   KAREN P. HEWITT
    United States Attorney
2   DAVID M. McNEES
    Special Assistant U.S. Attorney
3   California State Bar No. 216612
    Federal Office Building
4   880 Front Street, Room 6293
    San Diego, California 92101-8893
5   Telephone: (619) 557-5979
    E-mail: david.mcnees@usdoj.gov
6
    Attorneys for Plaintiff
7   United States of America

8                    UNITED STATES DISTRICT COURT

9                   SOUTHERN DISTRICT OF CALIFORNIA

10  UNITED STATES OF AMERICA,        )    Civil No. 08cv0036-WQH(CAB)
                                     )
11                   Plaintiff,      )    DECLARATION OF AND
                                     )    REQUEST FOR CLERK'S
12          v.                       )    ENTRY OF DEFAULT AS
                                     )    TO ALL POTENTIAL
13  ONE 2003 MERCEDES BENZ S500,     )    CLAIMANTS
    CA LICENSE NO. 5YJP196,          )
14  VIN WDBNG75J53A329169, ITS       )
    TOOLS AND APPURTENANCES,         )
15                                   )
    $10,661.00 IN U.S. CURRENCY,     )
16                                   )
                     Defendants.     )
17  _____ )

18          I, David M. McNees, Special Assistant United States Attorney for the Southern District of

19  California, hereby request a clerk's entry of default in this case for the following reasons:

20          On January 7, 2008, a verified complaint was filed in the above action in the United States

21  District Court for the Southern District of California against the above-named defendant properties,

22          ONE 2003 MERCEDES BENZ S500, CA LICENSE NO. 5YJP196,
            VIN WDBNG75J53A329169, ITS TOOLS AND APPURTENANCES, and
23
            $10,661.00 IN U.S. CURRENCY.
24

25          On January 14, 2008, the defendants were seized and arrested by a duly authorized

26  United States Marshal, who thereafter took possession and custody of the defendants, pursuant to

27  the Court's Order appointing the United States Marshal as custodian, dated January 9, 2008.

28  //

1    On January 11, 2008, Notice of Judicial Forfeiture Proceedings  and a copy of the

2 Complaint for Forfeiture were sent by certified mail to the following potential claimants at their

3 addresses of record:

| Name and Address | Article No. | Result |
|---|---|---|
| Anthony Alexander Darwin, Jr.<br>Booking #7757707<br>George F. Bailey Detention Facility<br>446 Alta Road, Suite 5300<br>San Diego, CA 92158 | 7004 2510 0003 3017 3758 | Signed for as received<br>on 1/12/08 |
| Calvin Carter<br>276 El Camino Real, Space 112<br>Oceanside CA 92058-1704 | 7004 2510 0003 3017 3356 | Returned by Post Office<br>On 1/15/08 marked "Not<br> Deliverable as Addressed"<br>(See second notice below) |
| Tamara Carter Darwin<br>Conway Ramon Darwin<br>c/o Aaron L. Turner<br>Attorney at Law<br>357 W. 2nd Street, Suite 11<br>San Bernardino CA 92401 | 7004 2510 0003 3017 3349 | Signed for as received<br>on 1/16/08 |

14    On January 24, 2008, Notice of Judicial Forfeiture Proceedings and a copy of the

15 Complaint for Forfeiture were sent by certified mail to potential claimant Calvin Carter at a new

16 address:

| Name and Address | Article No. | Result |
|---|---|---|
| Calvin Carter<br>1128 Turnstone Way<br>Oceanside CA 92057-7718 | 7004 2510 0003 3017 3789 | Signed for as received on<br>or about 2/6/08 |

20    On January 25, February 1 and 8, 2008, pursuant to Rule G(5) of the Supplemental Rules

21 for Admiralty or Maritime Claims and Asset Forfeiture Actions, notice was published in the

22 San Diego Commerce newspaper.

23    From the time of said notices, no claim or answer has been filed regarding the above-named

24 defendant properties by anyone.

25 //

26 //

27 //

28

08cv0036

1    For the foregoing reasons, it is requested that the Clerk of the Court enter a default against

2    the defendant properties as to any and all potential claimants.

3    I declare under penalty of perjury that the foregoing is true and correct.

4    Executed on this 18th day of March, 2008.

5

6                                        s/ David M. McNees
                                         DAVID M. McNEES
7                                        Special Assistant U.S. Attorney
                                         Attorneys for Plaintiff
8                                        United States of America
                                         E-mail: david.mcnees@usdoj.gov
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

08cv0036