| | |
|---|---|
| 1 | KAREN P. HEWITT |
|   | United States Attorney |
| 2 | DAVID M. McNEES |
|   | Special Assistant U.S. Attorney |
| 3 | California State Bar No. 216612 |
|   | Federal Office Building |
| 4 | 880 Front Street, Room 6293 |
|   | San Diego, California  92101-8893 |
| 5 | Telephone: (619) 557-5979 |
|   | E-mail: david.mcnees@usdoj.gov |
| 6 | |
|   | Attorneys for Plaintiff |
| 7 | United States of America |

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 08cv0036-WQH(CAB) |
|  | ) |  |
| Plaintiff, | ) | NOTICE OF MOTION AND MOTION |
|  | ) | FOR JUDGMENT BY DEFAULT AS TO |
| v. | ) | ALL POTENTIAL CLAIMANTS |
|  | ) |  |
| ONE 2003 MERCEDES BENZ S500, | ) | DATE: May 27, 2008 |
| CA LICENSE NO. 5YJP196, | ) | TIME: 11:00 a.m. |
| VIN WDBNG75J53A329169, ITS | ) | CTRM: 4 |
| TOOLS AND APPURTENANCES, | ) |  |
|  | ) | NO ORAL ARGUMENT PURSUANT |
| $10,661.00 IN U.S. CURRENCY, | ) | TO LOCAL RULE |
|  | ) |  |
| Defendants. | ) |  |

TO: CONWAY RAMON DARWIN, THROUGH HIS ATTORNEY OF RECORD, AARON L. TURNER, and TAMARA CARTER DARWIN, in Pro Per

PLEASE TAKE NOTICE that on May 27, 2008, at 11:00 a.m., or as soon thereafter as counsel may be heard, before the Honorable William Q. Hayes, United States District Court, Courtroom 4, 940 Front Street, San Diego, California, Plaintiff, United States of America, by and through its attorneys, Karen P. Hewitt, United States Attorney, and David M. McNees, Special Assistant United States Attorney, will move the Court, pursuant to Rule 55(b)(2), Federal Rules of Civil Procedure, for a judgment by default in the instant case as to the interest of Conway Ramon Darwin, Tamara Carter Darwin, and all other potential claimants.

//

1  This motion is based on the files and records of this case, including the attached
2  Memorandum of Points and Authorities (Exhibit 1), the Clerk's Entry of Default dated March 20,
3  2008 (Exhibit 2) Declaration of David M. McNees (Exhibit 3), and letter from Attorney Aaron L.
4  Turner (Exhibit 4).
5  DATED: April 22, 2008.

Respectfully submitted,

KAREN P. HEWITT
United States Attorney

s/David M. McNees

DAVID M. McNEES
Special Assistant U.S. Attorney
Attorneys for Plaintiff
United States of America
Email: david.mcnees@usdoj.gov

| | |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | EXHIBITS |
| 6 | TO |
| 7 | MOTION FOR JUDGMENT BY DEFAULT |
| 8 | |
| 9 | U.S. v. ONE 2003 MERCEDES BENZ S500, et al. |
| 10 | Civil No. 08cv0036-WQH(CAB) |

| | | |
|---|---|---|
| 12 | Exhibit 1 | Memorandum of Points and Authorities |
| 13 | Exhibit 2 | Clerk's Default as to All Potential Claimants |
| 14 | Exhibit 3 | Declaration of David M. McNees |
| 15 | Exhibit 4 | Letter of Attorney Aaron L. Turner |

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>                              )<br>              Plaintiff,           )<br>                              )<br>     v.                        )<br>                              )<br>ONE 2003 MERCEDES BENZ S500,   )<br>CA LICENSE NO. 5YJP196,        )<br>VIN WDBNG75J53A329169, ITS     )<br>TOOLS AND APPURTENANCES,       )<br>                              )<br>$10,661.00 IN U.S. CURRENCY,   )<br>                              )<br>              Defendants.        )<br>_____ ) | Case No. 08cv0036-WQH(CAB)<br><br>CERTIFICATE OF SERVICE |

IT IS HEREBY CERTIFIED that:

I, David M. McNees, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, CA 92101-8893.

I am not a party to the above-entitled action. I hereby certify that I have caused to be mailed the foregoing, by the United States Postal Service, to the following non-ECF participants in this case:

1. Tamara Carter Darwin
   24787 Benetta Court
   Wildomar CA 92595-7759

2. Conway Ramon Darwin
   c/o Aaron L. Turner
   Attorney at Law
   357 W. 2nd Street, Suite 11
   San Bernardino CA 92401

These are the last known addresses, at which places there is delivery service of mail from the United States Postal Service.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 22, 2008.

                                                s/ David M. McNees
                                                DAVID M. McNEES