1  KAREN P. HEWITT
   United States Attorney
2  DAVID M. McNEES
   Special Assistant U.S. Attorney
3  California State Bar No. 216612
   Federal Office Building
4  880 Front Street, Room 6293
   San Diego, California  92101-8893
5  Telephone: (619) 557-5979
   E-mail: david.mcnees@usdoj.gov
6
   Attorneys for Plaintiff
7  United States of America

8                    UNITED STATES DISTRICT COURT

9                 SOUTHERN DISTRICT OF CALIFORNIA

10  UNITED STATES OF AMERICA,        )    Case No. 08cv0036-WQH(CAB)
                                     )
11                Plaintiff,         )    DECLARATION OF DAVID M. McNEES
                                     )    IN SUPPORT OF MOTION FOR DEFAULT
12       v.                          )    JUDGMENT
                                     )
13                                   )
    ONE 2003 MERCEDES BENZ S500,     )
14  CA LICENSE NO. 5YJP196,          )
    VIN WDBNG75J53A329169, ITS       )
15  TOOLS AND APPURTENANCES,         )
                                     )
16  $10,661.00 IN U.S. CURRENCY,     )
                                     )
17                Defendants.        )
    _____ )
18

19       I, David M. McNees, declare:

20       1.      I am the Special Assistant United States Attorney primarily responsible for the

21  prosecution of this case.  I have prepared this Declaration based upon my review of the Court's

22  docket and the file maintained by the U.S. Attorney's office with respect to this case.

23       2.      On January 7, 2008, a verified complaint was filed in the above action in the

24  United States District Court for the Southern District of California against the above-named

25  defendant properties,

26  //

27  //

28
                                  **EXHIBIT 3**

ONE 2003 MERCEDES BENZ S500, CA LICENSE NO. 5YJP196,
VIN WDBNG75J53A329169, ITS TOOLS AND APPURTENANCES, and

$10,661.00 IN U.S. CURRENCY.

3.      On January 14, 2008, the defendants were seized and arrested by a duly authorized

United States Marshal, who thereafter took possession and custody of the defendants, pursuant to

the Court's Order appointing the United States Marshal as custodian, dated January 9, 2008.

4.      On January 11, 2008, Notice of Judicial Forfeiture Proceedings  and a copy of the

Complaint for Forfeiture were sent by certified mail to the following potential claimants at their

addresses of record:

| Name and Address | Article No. | Result |
|---|---|---|
| Anthony Alexander Darwin, Jr.<br>Booking #7757707<br>George F. Bailey Detention Facility<br>446 Alta Road, Suite 5300<br>San Diego, CA 92158 | 7004 2510 0003 3017 3758 | Signed for as received<br>on 1/12/08 |
| Calvin Carter<br>276 El Camino Real, Space 112<br>Oceanside CA 92058-1704 | 7004 2510 0003 3017 3356 | Returned by Post Office<br>On 1/15/08 marked "Not<br>Deliverable as Addressed"<br>(See second notice below) |
| Tamara Carter Darwin<br>Conway Ramon Darwin<br>c/o Aaron L. Turner<br>Attorney at Law<br>357 W. 2nd Street, Suite 11<br>San Bernardino CA 92401 | 7004 2510 0003 3017 3349 | Signed for as received<br>on 1/16/08 |

5.      On or about January 14, 2008, the United States received a letter from Aaron L.

Turner, attorney of record for Claimants Conway Ramon Darwin and Tamara Carter Darwin.  In

the letter Attorney Turner stated that Claimant Conway Darwin was no longer contesting the

forfeiture of the defendants.  He further stated that Claimant Tamara Carter (Darwin) was

substituting herself as attorney in this matter.  He enclosed a Notice of Substitution of Attorney

pleading that was not filed in this case.  A true and correct copy of the letter and pleading are

attached hereto as Exhibit 4.

//

//

6.      On January 24, 2008, Notice of Judicial Forfeiture Proceedings and a copy of the Complaint for Forfeiture were sent by certified mail to potential claimant Calvin Carter at a new address:

| Name and Address | Article No. | Result |
| --- | --- | --- |
| Calvin Carter<br>1128 Turnstone Way<br>Oceanside CA 92057-7718 | 7004 2510 0003 3017 3789 | Signed for as received on or about 2/6/08 |

7.      On January 25, February 1 and 8, 2008, pursuant to Rule G(5) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, notice was published in the San Diego Commerce newspaper.

8.    From the time of said notice, no claim or answer has been filed regarding the above-named defendants by anyone.

I declare under penalty of perjury that the foregoing is true and correct to the best of my information, knowledge and belief.

DATED:  April 22, 2008.

s/David M. McNees

DAVID M. McNEES
Special Assistant U.S. Attorney
Attorneys for Plaintiff
United States of America
Email: david.mcnees@usdoj.gov