*Law Offices*

# Aaron L. Turner

357 W. 2nd Street, Suite 11, San Bernardino, California 92401
Telephone: (909) 383-8480  Facsimile: (909) 383-8484

January 17, 2008

Attn: Karen P. Hewitt, U.S. Attorney
      David M. McNees, U.S. Attorney
Federal Office Building
880 Front Street, Room 6293
San Diego, CA 92101-8893

**Via Certified Mail/Return Receipt No.:**
**7006 2760 0004 4070 2122**

Re:   Case No.: 08CV0036WQHCAB

Dear Ms. Hewitt/Mr. McNees,

Enclosed with this letter please find a copy of the "Substitution of Attorney" regarding claimant Tamara Carter (Darwin), signed and served on your offices on January 3, 2008, (4 days prior to the filing of the Complaint for Forfeiture and 8 days prior to the mailing of same and the Notice of Judicial Forfeiture Proceedings). Therefore, please forward any and all correspondence and notices pertaining to this claimant to the address listed on the Substitution of Attorney.

Additionally, I have had an opportunity to speak to Mr. Conway Ramon Darwin regarding his claim. Mr. Darwin has indicated that he would like to drop his claim at this time.

Your patience and cooperation are truly appreciated.

Very truly yours,

LAW OFFICES OF AARON L. TURNER

AARON L. TURNER

**EXHIBIT 4**

1  AARON L. TURNER, State Bar No. 207837
   **LAW OFFICES OF AARON L. TURNER**
2  357 W. 2nd Street, Suite 11
   San Bernardino, CA 92401
3  Telephone: (909) 383-8480
4  Facsimile: (909) 383-8484

5  **Attorneys for** Claimant TAMARA CARTER, now known as TAMARA DARWIN

6
7
8              UNITE STATES DEPARTMENT OF JUSTICE
9              DRUG ENFORCEMENT ADMINISTRATION
10

| U.S. DEPARTMENT OF JUSTICE, DRUG ENFORCEMENT ADMINISTRATION, | ) CASE NO. RV-07-0011 |
|---|---|
| Plaintiff, | ) **NOTICE OF SUBSTITUTION OF ATTORNEY** |
| vs. | ) |
| TAMARA CARTER | ) |
| Defendants. | ) |

PLEASE TAKE NOTICE THAT CLAIMANT TAMARA DARWIN, substitutes herself, in pro per, 24787 Benetta Court, Wildomar, CA 92595, (951) 691-5158, as her attorney of record in this action in the place of Law Offices of Aaron L. Turner.

DATED: January 3, 2008

By _____
TAMARA DARWIN

I ACCEPT THIS SUBSTITUTION

DATED: January 3, 2008

By _____
TAMARA DARWIN

- 1 -
**NOTICE OF SUBSTITUTION OF ATTORNEY**

1 | I CONSENT TO THE ABOVE SUBSTITUTION

2 | DATED: January 3, 3008

LAW OFFICES OF AARON L. TURNER

By _____
AARON L. TURNER

- 2 -
**NOTICE OF SUBSTITUTION OF ATTORNEY**

LAW OFFICES OF AARON L. TURNER
357 W. 2nd Street, Suite 11
San Bernardino, CA 92401
Telephone: (909) 383-8480
Facsimile: (909) 383-8484

PROOF OF SERVICE

**PROOF OF SERVICE (C.C.P. §1013a and §2015.5)**
STATE OF CALIFORNIA, COUNTY OF ORANGE

I am employed in the County of San Bernardino, State of California. I am over the age of 18 and not a party to the within action. I am employed by LAW OFFICES OF AARON L. TURNER, and my business address is 357 W. 2nd Street, Suite 11, San Bernardino, California 92401.

On January 3, 2008, I caused the foregoing document described as **NOTICE OF SUBSTITUTION OF ATTORNEY** on the interested parties in said action by placing a true copy thereof, enclosed in a sealed envelope, and delivered to the following addresses:

FORFEITURE COUNSEL
ASSET FORFEITURE SECTION
OFFICE OF OPERATIONS MANAGEMENT
DRUG ENFORCEMENT ADMINISTRATION
HQs FORFEITURE RESPONSE
P.O. BOX 1475
QUANTICO, VA 22134-1475

FORFEITURE COUNSEL
ASSET FORFEITURE SECTION
OFFICES OF OPERATIONS MANAGEMENT
DRUG ENFORCEMENT ADMINISTRATION
2401 JEFFERSON DAVIS HIGHWAY
ALEXANDRIA, VA 22301

( x )   [BY MAIL]   I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at San Bernardino, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

(  )   [BY FAX]   On the interested parties in this action pursuant to C.R.C. Rule 2009(b). The FAX numbers that I used are listed above and/or on the attached proof of service list. The facsimile machine I used complied with Rule 2003(3) and no error was reported by the machine.

( X )   [BY OVERNITE]   By depositing a true copy of the same enclosed in a sealed envelope, with delivery fees provided for, in an overnight delivery service pick up box or office designated for overnight delivery, and addressed as set forth below.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on January 3, 2008, at San Bernardino, California.

AARON L. TURNER