# UNITED STATES DISTRICT COURT

### Southern District of California

United States of America

                                Plaintiff,

v.                                                      Case No.: 3:08–cv–00036–WQH–CAB

                                                            Judge  William Q. Hayes

One 2003 Mercedes Benz S500, et al.

                                Defendant.

### JUDGMENT IN A CIVIL CASE

\_\_\_\_\_    **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

\_\_**X**\_\_    **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED Defendants One 2003 Mercedes Benz S500 and $10,661.00 in United States currency shall be and are hereby condemned and forfeited to the United States. Plaintiff's motion for judgment by default is Granted.

                                                                             W. Samuel Hamrick, Jr.,
                                                                                   Clerk of the Court

Date: 6/6/08

                                                                             By: s/ L. Odierno, Deputy Clerk

                                                                                ENTERED ON: June 6, 2008